**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LABARON JOSEPH ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-1617 |
| | ) | Judge Nora Barry Fischer |
| OFFICER SMOLLEN, et al., | ) | Magistrate Judge Patricia L. Dodge |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

AND NOW, this 25th day of August, 2026, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Patricia L. Dodge on August 4, 2026, (Docket No. 57), recommending that the Motion to Dismiss (Docket No. 39) filed by Officer Stegena, Officer Jones, Officer Sergeant Lee and Captain Estock be denied as said Motion challenged Plaintiff Labaron Joseph Robinson's initial Complaint but that Plaintiff's claims against said Defendants set forth in his Amended Complaint (Docket No. 38) be dismissed, pursuant to the screening provisions of the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2), and that leave to amend as to said Defendants be denied, as futile, and further directed that objections to the Report and Recommendation were due by August 18, 2026, none of the parties having filed objections as of the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's August 4, 2026 Report and Recommendation, (Docket No. 57),

IT IS HEREBY ORDERED that the Report and Recommendation [57] is ADOPTED as the Opinion of the Court;

IT IS FURTHER ORDERED that the Motion to Dismiss (Docket No. 39) filed by Defendants Officer Stegena, Officer Jones, Officer Sergeant Lee and Captain Estock is DENIED;

IT IS FURTHER ORDERED that Plaintiff's claims in his Amended Complaint (Docket No. 38) against Defendants Officer Stegena, Officer Jones, Officer Sergeant Lee and Captain Estock are DISMISSED, with prejudice; and,

IT IS FURTHER ORDERED that this matter is remanded back to the Magistrate Judge for further pretrial proceedings as to the remaining claims against Officer Smollen.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All counsel of record.

U.S. Magistrate Judge Patricia L. Dodge

cc: LABARON JOSEPH ROBINSON
78055
ALLEGHENY COUNTY JAIL
950 Second Avenue
Pittsburgh, PA 15219 (via first class mail)